IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : 5:03-CR-48 (WDO) |
| FREDERIC LASHON MASON, Defendant. | : |

### O R D E R

Before the court is defendant's motion for credit toward the service of a term of imprisonment. 18 U.S.C. § 3585(b) provides, "[a] defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences . . .." 18 U.S.C.A. § 3585(b) (West 1985). In *United States v. Wilson*, 117 L. Ed. 2d 593 (1992), the United States Supreme Court held that it is the responsibility of the Attorney General of the United States to determine credit pursuant to 18 U.S.C. § 3585(b). *Wilson*, 117 L. Ed. 2d at 599, 602. Therefore, this district court lacks jurisdiction under 18 U.S.C. § 3585(b) to award credit toward the service of a term of imprisonment. *Id.* Accordingly, defendant's motion for credit toward the service of a term of imprisonment is **DENIED**.

**SO ORDERED**, this 4TH day of October, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.,
UNITED STATES DISTRICT JUDGE